# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Illinois

Case Number: 08 CV 4252

Plaintiff:
**CHARLES E. ANDERSON, TRUSTEE, ON BEHALF OF THE PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, ET AL**

vs.

Defendant:
**TABITHA VENTURES, INC., AN ILLINOIS CORPORATION, AND OLADIRAN EDWARD TAIWO IN HIS INDIVIDUAL CAPACITY, AND OLAYEMI CAROLINE TAIWO IN HER INDIVIDUAL CAPACITY**

For:
JACOBS, BURNS, ORLOVE, STANTON & HERNAND
122 South Michigan Avenue
Suite 1720
Chiacago, IL 60603-6145

Received by SECURITY SERVICES, INC. to be served on OLAYEMI CAROLINE TAIWO, 12217 N. Woodcrest Drive, Apt. 3, Dunlap, IL 61525.

I, Tyson Pokarney, being duly sworn, depose and say that on the 1st day of August, 2008 at 2:04 pm, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the Summons In A Civil Case and Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: Daughter and informing said person of the contents therein.

**Additional Information pertaining to this Service:**
Edward Taiwo stated to Server by phone that it was okay to leave with his daughter. Copy mailed to Subject at address listed above.

**Description** of Person Served: Age: 15, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 115, Hair: Black, Glasses: N

I am over the age of eighteen, and have no interest in the above action.

[Notary Seal: OFFICIAL SEAL MARILYN KREITER NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES 7-31-2009]

Subscribed and Sworn to before me on the 5th day of August, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Detective Agency Lic.#117-000272
Reg. under IL Private Detective Act of 1993

STATE OF ILLINOIS
COUNTY OF PEORIA

_____
Tyson Pokarney
Process Server

SECURITY SERVICES, INC.
1009 N. Sheridan Road
Peoria, IL 61606-1957
(309) 674-4321

Our Job Serial Number: 2008000886

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Charles E. Anderson, Trustee, on behalf of the Painters' District Council No. 30 Health and Welfare Fund, et al.,

V.

TABITHA VENTURES, INC. an Illinois corporation, and OLADIRAN EDWARD TAIWO in his individual capacity, and OLAYEMI CAROLINE TAIWO in her individual capacity

| | |
|---|---|
| CASE NUMBER: | 08CV4252 |
| ASSIGNED JUDGE: | JUDGE CASTILLO |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE VALDEZ |

TO: (Name and address of Defendant)

Olayemi Caroline Taiwo
12217 N. Woodcrest Dr.
Dunlap, IL 61525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK

July 28, 2008

Date

