# AFFIDAVIT OF SERVICE

State of Illinois    County of Southern    U.S. District Court

Case Number: 08 CV 4252   Court Date: 8/17/2008

Plaintiff:
**CHARLES E. ANDERSON, TRUSTEE, ON BEHALF OF THE PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, ET AL**

vs.

Defendant:
**TABITHA VENTURES, INC., AN ILLINOIS CORPORATION, AND OLADIRAN EDWARD TAIWO IN HIS INDIVIDUAL CAPACITY, AND OLAYEMI CAROLINE TAIWO IN HER INDIVIDUAL CAPACITY**

For:
JACOBS, BURNS, ORLOVE, STANTON & HERNAND
122 South Michigan Avenue
Suite 1720
Chiacago, IL  60603-6145

Received by SECURITY SERVICES, INC. to be served on TABITHA VENTURES INC., c/o Oladiran Edward Taiwo, President, 12217 N. Woodcrest Drive, Dunlap, IL  61525.

I, Tyson Pokarney, being duly sworn, depose and say that on the 1st day of August, 2008 at 2:04 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the Summons In A Civil Case and Complaint with the date and hour of service endorsed thereon by me to Daughter as Resident at address listed above of the within named corporation.

**Additional Information pertaining to this Service:**
Edward Taiwo stated to Server by phone that is was okay to leave with his daughter.  Copy mailed to Subject at the address listed above.

**Description** of Person Served: Age: 15, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 115, Hair: Black, Glasses: N

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the 1st day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Detective Agency Lic.#117-000272
Reg. under IL Private Detective Act of 1993

STATE OF ILLINOIS
COUNTY OF PEORIA

Tyson Pokarney
Process Server

SECURITY SERVICES, INC.
1009 N. Sheridan Road
Peoria, IL  61606-1957
(309) 674-4321

Our Job Serial Number: 2008000884

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Charles E. Anderson, Trustee, on behalf of the Painters' District Council No. 30 Health and Welfare Fund, et al.,

V.

TABITHA VENTURES, INC. an Illinois corporation, and OLADIRAN EDWARD TAIWO in his individual capacity, and OLAYEMI CAROLINE TAIWO in her individual capacity

CASE NUMBER: 08CV4252

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Tabitha Ventures, Inc.
C/O Oladiran Edward Taiwo, President
12217 N. Woodcrest Dr.
Dunlap, IL 61525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Cynthia Mercado*

(By) DEPUTY CLERK



July 28, 2008

Date